In the Matter of the Application of Kate Burger, Respondent, for the Appointment of Commissioners to Determine Damages Occasioned to the Property of the Petitioner by the Change of Grade of West German Street in the Village of Herkimer, Appellant.— Order affirmed, with costs. All concurred.

In the Matter of the Application of Olin E. Naugle and Etheland S. Naugle, Respondents, for the Appointment of Commissioners to Determine Damages Occasioned to the Property of the Petitioners by the Change of Grade of West German Street in the Village of Herkimer, Appellant.— Order affirmed, with costs. All concurred.

Washington White, Respondent, v. Mary White, Individually, and as Administratrix, etc., and Others, Impleaded with Peter White, Respondent, and Densy Hare, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. John N. Carlisle, as State Commissioner of Highways, Respondent, v. The Board of Supervisors of Onondaga County, Appellant.— Order affirmed, with costs. All concurred

Harriet Pearl, Appellant, v. Lehigh Valley Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. Held, that in view of the form of the order appealed from and the facts disclosed by the papers on appeal, the Special Term was justified in making the order. All concurred.

Sizer Forge Company, Appellant, v. Benjamin Nicoll, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Fedora Schintzius, as Administratrix, etc., Respondent, v. Lackawanna Steel Company, Appellant.— Order modified by limiting the inspection and discovery to a time when blast furnace No. 6, or one nearest thereto, is in operation, upon condition that such furnace shall be operated within thirty days from the date of this order and notice of such operation be given to plaintiff's attorney, whereupon plaintiff's attorney shall, within two days after receipt of such notice, make such inspection and discovery, and give twenty-four hours' notice to the defendant's attorneys of the precise time, within defendant's working hours, when such inspection will be made; and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Application of Homer Rupert and James Austin, Appellants, for an Order Directing the Issuance of a Writ of Mandamus Directed to Benjamin Rees and Others, Constituting the Board of Inspectors of Election for the Second Election District of the Town of Rutland, Jefferson County, N. Y., Respondents.— Order affirmed and writ refused, without costs, upon questions of law only. All concurred.

Lewis G. Gridley, Respondent, v. Charles Stoddard, Appellant.— Judgment and order affirmed, with costs. All concurred.